# Court of Appeals
# of the State of Georgia

ATLANTA, February 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0970. BRANDON OWENS v. THE STATE.**

In 2019, Brandon Owens pled guilty to two counts of sexual exploitation of children and the trial court sentenced him to a total of fifteen years, the first three to be served in confinement and the balance on probation. In May 2023, the trial court revoked seven years of Owens's probation upon finding that he had violated the terms of it. In June 2023, Owens filed a pro se "Appeal of Reconsideration," which the trial court construed as a motion for new trial as to the probation revocation. The trial court denied the motion, and Owens appeals. We lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Owens's probation, he was required to file an application for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Owens's failure to follow the discretionary appeal

procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/04/2025                    *

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*